PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jayson Greene     Cr.: 20-00654-001
PACTS #: 6974923

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/02/2020

Original Offense:    Unlawful Transport of Ammunition: U.S.C. 18 § 922(g)(1)

Original Sentence: 24 months imprisonment, 36 months supervised release

Special Conditions: Mental Health Treatment

Type of Supervision: Supervised Release     Date Supervision Commenced: 02/16/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
|  | On February 23, 2022, Jayson Greene provided a urine sample which tested positive for the presence of marijuana. Upon questioning, the individual under supervision admitted he smoked marijuana on the date of his release from incarceration. Greene signed a drug use admission form confirming the same. |

U.S. Probation Officer Action:
The probation officer spoke with Greene at length regarding his marijuana use. He was verbally reprimanded and reminded that marijuana remains a federally illicit substance. The undersigned discussed the potential consequences regarding continued narcotic use, including the potential for sanctions or Court action. Additionally, Greene has been referred for a mental health assessment. The probation officer will maintain communication with his treatment provider with the goal of addressing his substance use. The undersigned will continue to monitor Greene's use of substances and will update the Court accordingly.

Prob 12A – page 2
Jayson Greene

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Michael L. Liebes*

By:   MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

*Elisa Martinez*                         *02/28/22*
ELISA MARTINEZ                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

/s/ Kevin McNulty
Signature of Judicial Officer

2/28/2022
Date