PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Jayson Greene      Cr.: 20-00654-001
    PACTS #: 6974923

Name of Sentencing Judicial Officer:    THE HONORABLE KEVIN MCNULTY
                           UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/02/2020

Original Offense:    Possession of a Firearm by a Convicted Felon, in violation of 18. U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: 24 months imprisonment, 3 years supervised release

Special Conditions: Mental Health Treatment

Type of Supervision: Supervised Release        Date Supervision Commenced: 02/16/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On March 7, 2023, the individual under supervision tested positive for the use of marijuana. |

U.S. Probation Officer Action:

The individual under supervision tested positive for the use of marijuana and subsequently admitted to smoking on March 6, 2023. A violation of supervision report was sent to the Court on February 2, 2023. Those violation proceedings remain pending, and this notice serves as an update to the Court.

Prob 12A – page 2
Jayson Greene

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: MICHAEL L. LIEBES
U.S. Probation Officer

/ mll

APPROVED:

_CARRIE H. BORONA_ 05/05/2023
CARRIE H. BORONA          Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
Signature of Judicial Officer

5/8/2023
Date